UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE CATHERINE SHALLAL, #511662,

        Plaintiff,

v.

CLARICE STOVALL,

        Defendant.
_____/

Case No.  07-12994
Hon. Anna Diggs Taylor
Magistrate Judge Paul J Komives

## ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Paul J Komives' Report and Recommendation of November 10, 2008, denying Petitioner's application for writ of habeas corpus.

The Court has reviewed the file and the Magistrate Judge's Report and Recommendation. No objections have been filed.  The Court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

Therefore, the Court will accept the Magistrate's Report and Recommendation of November 10, 2008 as the findings and conclusions of this Court.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Komives' Report and Recommendation of November 10, 2008 is ACCEPTED and ADOPTED.

IT IS SO ORDERED.

DATED:  January 27, 2009

        **s/Anna Diggs Taylor**
        ANNA DIGGS TAYLOR
        UNITED STATES DISTRICT JUDGE

---

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on January 27, 2009.

Jamie Shallal, #511662
Robert Scott Correctional Facility
47500 Five Mile Road
Plymouth, MI 48170

        s/Johnetta M. Curry-Williams
        Case Manager